# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO SIBRIAN,<br><br>        Plaintiff,<br>    v.<br><br>AON GROUP, INC.; AON CONSULTING, INC.; and DOES 1-20, inclusive,<br><br>        Defendants. | Case No. 2:13-cv-2523-ODW (JEMx)<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

In light of the filed Notice of Settlement, the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing no later than **Wednesday, January 15, 2014**, why settlement has not been finalized. No hearing will be held on this matter. All other dates are **VACATED** and taken off calendar. This order to show cause will be vacated upon the filing of a stipulation to dismiss and a proposed order of dismissal.

**IT IS SO ORDERED.**

December 26, 2013

_____

**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**